**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAR -6  AM 9: 37
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JAMES NATHANIEL DIXON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CV 105-208 |
| ) | (CR 197-43) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Title 28, United States Code, Section 2255 motion is **DENIED,** and this civil action is **CLOSED.**

SO ORDERED this 6th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE